EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYNN MONTELEONE
Chief, General Civil Division
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8939
    Facsimile:  (415) 744-0134
    Email:  Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| ANN DALESSANDRO, | ) |
| | ) No. 8:15-cv-01319-MRW |
| Plaintiff, | ) |
| | ) **ORDER AWARDING EQUAL** |
| v. | ) **ACCESS TO JUSTICE ACT** |
| | ) **ATTORNEY FEES AND** |
| CAROLYN W. COLVIN, Acting | ) **EXPENSES, PURSUANT TO 28** |
| Commissioner of Social Security, | ) **U.S.C. § 2412(d), AND COSTS** |
| | ) **PURSUANT TO 28 U.S.C. § 1920** |
| Defendant. | ) |
| | ) |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $4,700 as authorized by 28 U.S.C. § 2412, and costs in the amount of $400 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATED: December 19, 2016

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE